ORIGINAL

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

__Eric Boadi__,
Full name of plaintiff/prisoner ID#

Plaintiff,

CV 12 - 2456

COGAN, J.

JURY DEMAND
YES ✓    NO ____

-against-

__New York City__
__New York City__
__Police Department__
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
------------------------------------------------x

I. Previous Lawsuits:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiffs: __Eric Boadi__

        Defendants: __City of New York__
__New York City Police Department__

        2. Court (if federal court, name the district; if state court, name the county) __New York State of Claims__

RECEIVED
MAY 14 2012
PRO SE OFFICE

        3. Docket Number: __2009PI023661__

1

        4. Name of the Judge to whom case was assigned: __unassign__

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **moot**

6. Approximate date of filing lawsuit: **5/9/2009**

7. Approximate date of disposition: **N/A**

II. Place of Present Confinement: **N/A**

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES, **N/A**

1. What steps did you take? **N/A**

2. What was the result? **N/A**

D. If your answer is NO, explain why not **I am not in prison.**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

F. If your answer is YES,

1. What steps did you take? **N/A**

2. What was the result? **N/A**

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **ERIC BOADI**

Address **264 Sullivan Place, Bklyn NY 11225**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  **City of New York**

Defendant No. 2  **New York City Police Department**

Defendant No. 3  **Det. William Greer, Shield 17751**

Defendant No. 4  **James M. Williams Command 0580**

Defendant No. 5  **Larry A. Olinsky Command 0580**

**Defendant No. 6   Det. Ryan and Det. Moy (66 Precient)**

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

**Defendant No. 7 ADA Kami Gordon-Sommers**

3

IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Despite the fact defendants were cognizaint of exculpatory evidence such as : Bayonne, New Jersey toll bridge reciept and plaintiff's cellphone record, proving he (Eric Boadi) was not in New York city on August 18, 2007 - when Alvidad Associates (Western Union) check cashing on 4401 New Utrecht Bklyn, NY, which was robbed at gun point, he (Eric Boadi) was falsly arrested without probable cause and maliciously prosecuted.

Plaintiff was indicted by Kings county grand jury and was aquitted at trail in June 2009

IV.A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Not applicable.

4

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

Plaintiff is seeking 5 million dollars in compensatory damage and 10 million dollars in penative damages. Defendants does not enjoy absolute or qualify immunity.

I declare under penalty of perjury that on _____, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this **14** day of **May**, 20 **12**. I declare under penalty of perjury that the foregoing is true and correct.

CB

*Eric Baceli*
Signature of Plaintiff

_____
Name of Prison Facility

264 Sullivan Place
BKLYN, NY 11225
Address

(347) 387-2686
Prisoner ID#